# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| SHERRI D. REYNOLDS,<br><br>         Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>         Defendant. | Case No. 2:25-cv-02423-JWB-BGS |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026 the following were served via electronic mail in .pdf format upon counsel for the Defendant as follows:

- Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories;
- Plaintiff's Responses and Objections to Defendant's First Request for Production of Documents; and
- Plaintiff's Privilege Log dated January 16, 2026.

Joshua J. Sipp
SANDBERG PHOENIX & von GONTARD
4600 Madison Ave., Suite 1000
Kansas City, Missouri 64112
(816) 425-9710
jsipp@sandbergphoenix.com

and

Shannon M. Boyne (admitted *pro hac vice*)
MARTENSON, HASBROUCK & SIMON, LLP
40 Exchange Place, Suite 1502
New York, New York 10005
T: (332) 345-2473
F: (212) 433-8540
sboyne@martensonlaw.com

ATTORNEYS FOR DEFENDANT UNITED PARCEL SERVICE, INC.

Dated: January 16, 2026　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　HODES LAW FIRM, LLC

　　　　　　　　　　　　　　　　　By: */s/ Garrett M. Hodes*
　　　　　　　　　　　　　　　　　　　Garrett M. Hodes - KS. Bar. #19044
　　　　　　　　　　　　　　　　　　　6 Victory Lane, Suite 6
　　　　　　　　　　　　　　　　　　　Liberty, Missouri 64068
　　　　　　　　　　　　　　　　　　　(816) 222-4338 (Phone)
　　　　　　　　　　　　　　　　　　　(816) 931-1718 (Fax)
　　　　　　　　　　　　　　　　　　　garrett@hodeslawfirm.com

　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ Garrett M. Hodes*